E-Filed: **12/15/08**
**JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert P. Martinez, et al.,**                     ) | **CASE NO. CV 08-7223-GHK (CWx)** |
|          **Plaintiffs,**          ) | |
|             **v.**                                      ) | **JUDGMENT** |
| **Recontrust Company, et al.,**                 ) | |
|          **Defendants.**        ) | |

Pursuant to our December 15, 2008, order dismissing this case, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiffs on all claims. Plaintiffs shall take nothing by their complaint.

**IT IS SO ORDERED.**

DATED: December 15, 2008

_____
GEORGE H. KING
United States District Judge